IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESTATE OF DENNIS J. JOHNSON; and ) <br> JODY ANN FITTS, Personal Representative ) <br> of the Estate of Dennis J. Johnson, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C18-45 RSM <br><br> STIPULATION AND ORDER FOR EXTENSION OF INITIAL SCHEDULING DATES |

The United States of America, plaintiff, and the Estate of Dennis J. Johnson and Jody Ann Fitts as the Personal Representative of the Estate, hereby stipulate:

1. This is a civil action brought by the United States to obtain a judgment for certain federal income taxes and civil penalties allegedly incurred by Dennis J. Johnson, now deceased, who was an accountant and tax return preparer doing business in Edmonds, Washington.

2. The parties are currently discussing the possibility of settling this case (and possibly several related cases pending before the United States Tax Court, *Dennis J. Johnson v. Commissioner*, Docket Nos. 29878-14, 29882-14, 16201-15, and 16238-15).

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448

3. To conserve resources while settlement discussions continue, the parties request the Court to extend by 30 days the Initial Scheduling Dates on page 1 of the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, ECF 5. The current Initial Scheduling Dates and the requested extensions are as follows:

INITIAL SCHEDULING DATES

| Rule 26(f) Deadline | Currently: 2/16/2018 | Requested: **3/16/2018** |
|---|---|---|
| Initial Disclosures | Currently: 2/23/2018 | Requested: **3/23/2018** |
| Jt. Status Rpt. and Dis. Plan | Currently: 3/2/2018 | Requested: **3/30/2018** |

DATED this 21st day of February, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ W. Carl Hankla*
**W. CARL HANKLA**
Trial Attorney, Tax Division
U.S. Department of Justice
Washington, D.C. 20044-0683
(202) 307-6448
w.carl.hankla@usdoj.gov
*Attorneys for United States of America*

ANNETTE L. HAYES
United States Attorney
*Of Counsel*

DATED this 21st day of February, 2018.

PERSONAL REPRESENTATIVE
Estate of Dennis James Johnson

_____
JODY ANN FITTS
Pro Se
20424 60th Avenue NE
Kenmore, WA 98368
(206) 419-0911

# ORDER

For good cause shown by the parties' stipulation above, the Initial Scheduling Dates are hereby EXTENDED by 30 days as follows:

INITIAL SCHEDULING DATES

| | | |
|---|---|---|
| Rule 26(f) Deadline | Originally: 2/16/2018 | Now: **3/16/2018** |
| Initial Disclosures | Originally: 2/23/2018 | Now: **3/23/2018** |
| Jt. Status Rpt. and Dis. Plan | Originally: 3/2/2018 | Now: **3/30/2018** |

DATED this 22nd day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6448