IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-00045-RSM |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT TO REDUCE FEDERAL TAX PENALTY ASSESSMENTS TO JUDGMENT |
| v. | |
| ESTATE OF DENNIS J. JOHNSON; and JODY ANN FITTS, as Personal Representative of the Estate of Dennis J. Johnson, | |
| Defendant. | |

This matter came before the Court on the United States' Motion for Partial Summary Judgment to Reduce Federal Tax Penalty Assessments to Judgment. Based on the evidence offered in support of the motion (the Declaration of IRS Revenue Agent Sean P. Flannery and the Declaration of IRS Revenue Officer David J. James), the Court finds and concludes that the penalty assessments at issue—primarily return preparer penalties under Internal Revenue Code Sections 6694(b) and 6695(g), plus delinquency penalties under Section 6651—are presumptively correct and that the total amount due as of July 31, 2018, including all statutory interest accrued through that date, was $84,675.80, and that the defendants have not come

forward with evidence to overcome the government's prima facie case. There are no genuine issues of material fact, and the United States is entitled to judgment as a matter of law.

Further, the Court finds and concludes that a final partial judgment should be entered under Rule 54(b) because there is no just reason for delaying until after such time as the other claims in the complaint—for certain deficiencies in income tax—are determined by the United States Tax Court in four pending cases styled as *Dennis J. Johnson v. Commissioner*, Docket Nos. 29878-14, 29882-14, 16201-15, and 16238-15. In that connection, the Court finds, pursuant to *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 5-6 (1980), that

1. Certification under Rule 54(b) will "not result in unnecessary appellate review";
2. The "claims finally adjudicated [are] separate, distinct, and independent of any of the other claims or counterclaims involved";
3. The "review of these adjudicated claims [will] not be mooted by any future developments in the case"; and
4. "the nature of the claims [is] such that no appellate court would have to decide the same issues more than once even if there [are] subsequent appeals."

Accordingly, the motion is HEREBY GRANTED, and it is HEREBY ORDERED that a final, partial judgment be entered under Fed. R. Civ. P. 54(b) in favor of the United States on its claim against Jody Ann Fitts as personal representative of the estate of Dennis J. Johnson in the amount of $84,675.80 as of July 31, 018, plus statutory interest accruing thereafter until the full amount is paid.

DATED this 22 day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE