Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF DENNIS J. JOHNSON; and JODY ANN FITTS, as Personal Representative of the Estate of Dennis J. Johnson, <br><br> Defendant. | Case No. 2:18-cv-00045-RSM <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of the United States' Motion for Summary Judgment, and any response and reply thereto, the Court finds that for reasons stated in the United States' Motion, there is no genuine dispute of material fact, and the United States is entitled to judgment as a matter of law. Accordingly, the United States' Motion is hereby GRANTED.

The Clerk of the Court is directed to enter judgment against the Estate of Dennis J. Johnson and Jody Ann Fitts, as Personal Representative of the Estate of Dennis J. Johnson, as follows:

Judgment is hereby entered in favor of the United States and against the Estate of Dennis J. Johnson and Jody Ann Fitts, as Personal Representative of the Estate of Dennis J. Johnson, for

Order Granting U.S. Motion for Summary Judgment
(Case No. 2:18-cv-00045-RSM)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

unpaid federal income tax liabilities for the years 2008 through 2012 in the amount of $498,706.40, plus interest and other statutory additions accruing from June 18, 2021 as provided by law under 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621, and 6622.

IT IS SO ORDERED.

DATED this 22nd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Jennifer Y. Golden
JENNIFER Y. GOLDEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-6547
Fax: (202) 307-0054
Jennifer.Y.Golden@usdoj.gov

*Attorneys for the United States of America*

Order Granting U.S. Motion for Summary Judgment
(Case No. 2:18-cv-00045-RSM)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6547